```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - -x
                                  :
In re:                            :
                                  :
ARNOLD KILBERG                    :   BK No. 04-10632
         Debtor                   :      Chapter 7
                                  :
JOSEPH M. DIORIO, CHAPTER 7       :
TRUSTEE OF ARNOLD KILBERG         :
         Plaintiff                :
v.                                :   A.P. No. 06-1023
                                  :
JOAN KILBERG                      :
         Defendant                :
- - - - - - - - - - - - - - - - -x
```

## ORDER

Heard on June 1, 2006, on the Defendant's Motion for Summary Judgment and the Plaintiff's Cross Motion for Partial Summary Judgment. Upon consideration of the arguments presented, I find that there exist genuine issues of material fact for both parties that precludes disposition of the issues presented on summary judgment. *See* Fed. R. Bankr. P. 7056 and Fed. R. Civ. P. 56(c). Accordingly, Defendant's Motion for Summary Judgment is DENIED and the Plaintiff's Cross Motion for Partial Summary Judgment is DENIED.

| ORDER: | ENTER: |
|---|---|
| H. D'Agostino | *Arthur N. Votolato* (signature) |
| Deputy Clerk | Arthur N. Votolato |
|  | U.S. Bankruptcy Judge |
| Entered on Docket: 6/2/2006 |  |
| Document Number: 35 | Date: June 2, 2006 |